**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

KC **FILED**
1-25-2008
JAN 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | KC C. CATHY | **Defendant(s):** | ROGER E. WALKER, JR., etc., et. al. |
| **County of Residence:** | WILL | **County of Residence:** | |
| **Plaintiff's Address:** | KC C. Cathy<br>N-53079<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 | **Defendant's Attorney:** | Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

08CV572
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *A. E. Woodham* **Date:** 01/25/2008