AO 240 (Rev. 9/96)

**FILED**
JAN 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

District of _____

KC C. Cathy - #N53079
Plaintiff

v.

Roger E. Walker, Jr., Dir/IDOC,
McCann, Warden/Stateville, Mr. Tamer,
Mgr/F/s, Dr. Parth Ghosh, MD, HCU,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

08CV572
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

I, KC C. Cathy, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  Stateville/MSU - P.O. Box 112, Joliet, IL 60434
   Are you employed at the institution?  Yes   Do you receive any payment from the   Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
      Admin. Porter II - (standard pay) $43.50 per mth

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                             ☐ Yes   ☒ No
   f. Any other sources                                 ☒ Yes   ☐ No  KC

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Cathy N-53079

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   None

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   4 dependents; Malcolm (1/26/92), Martrell (9/18/94), Sierra (10/16/93) & Jeremiah (1/18/00).

I declare under penalty of perjury that the above information is true and correct.

___1-13-08___    ___M C Cathy___  #N-53079
    Date                    Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

certify that the applicant named herein has the sum of $ ___16.52___ on account to his/her credit a name of institution) ___Stateville Correctional Center___. I further certify that the applicant as the following securities to his/her credit: ___—___

urther certify that during the past six months the applicant's average balance was $ ___15.29___

_____    ___T. C.___
    Date                    Signature of Authorized Officer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KC C. Cathy - #N53079 )
                                )
_____         )
                                )
        Plaintiff,              )
                                )
    vs.                         )    Case No. _____
                                )    (Supplied by Clerk)
Roger E. Walker, Jr., Dir/IDOC, )
McCann, Warden, Tanner, MSgt F/S, )
Dr. ~~Ghosh, MD, Statesville~~ (Wexford Med), )
        Defendant(s).           )
Mfg./Manitowac U.S.A.           )

### PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, KC. C. Cathy, plaintiff or petitioner, move the court for leave to proceed *in forma pauperis* in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single ___ Married ✓ Separated ___ Divorced ___

4. My responses to the following questions are true:

    A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
    Yes (✓)   No (  )

    B. If so, by whom, what is your position, and what is your pay? Administrative Porter II @ $43.50 per Month/state pay (standard pay)

    C. If not, when were you last employed and what was your pay? This includes prior inmate positions? Note: Last position was Dietary II/Cook @ $43.50 per Month/state pay. (standard pay)

1

D. Have you received money from any other source, including judgments, in the last 12 months? Yes (X) No ( ) If yes, describe each source and state how much you received. _Occassionally, $20.00 - $40.00 from family._

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? _See attached_

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used. _Commissary, Postage._

G. How much money do you have in private checking or saving accounts? _None_

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (X).

If yes, describe the property and its approximate value: _N/A_

I. Do you have any debts or obligations? Yes ( ) No (X)

If yes, list the amount owed, to whom, and any current payments that you are making. _N/A_

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support. _4 dependents: Malcolm (1/26/92), Martrell (9/18/94) Sierra (10/16/98) and Jeremiah (1/18/05)_

2

K.  Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.
_None - due to incarceration_

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_[signature]_  #N-53079
SIGNATURE

_1/13/08_
DATE

3

Cathy- ns8079

## CERTIFICATE

(To be complete for prisoners only. This is a statement by the prison and not the prisoner.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ __16.52__ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____

_T. (signature)_
(Authorized Officer)

__Stateville CC__
(Institution)

__Accountant Supervisor__
(Title)

DATE __1-18-08__

IMPORTANT
(THIS CERTIFICATE MUST BE ACCOMPANIED BY A TWELVE MONTH LEDGER OF THE PLAINTIFF/PETITIONER'S TRUST FUND ACCOUNT.)

4

Date: 1/18/2008
Time: 10:38am
d_list_inmate_trans_statement_composite

Case 1:08-cv-00572    Document 3    Filed 01/25/2008    Page 7 of 7

Stateville Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 07/18/2007 thru End;  Inmate: N53079;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: N53079 Cathy, KC C.**  **Housing Unit: STF-T1-D -3D**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 09/18/07 | Mail Room | 04 Intake and Transfers In | 261237 | 30117 | Vandalia C.C. | 28.31 | 28.31 |
| 09/21/07 | Disbursements | 80 Postage | 264390 | Chk #136340 | g0921052, DOC: 523 Fund Inmate, Inv. Date: 09/21/2007 | -.82 | 27.49 |
| 09/21/07 | Mail Room | 04 Intake and Transfers In | 264237 | 30176 | Vandalia C.C. | 15.00 | 42.49 |
| 09/25/07 | Point of Sale | 60 Commissary | 268783 | 507747 | Commissary | -15.06 | 27.43 |
| 10/08/07 | Point of Sale | 60 Commissary | 2817142 | 509140 | Commissary | -22.16 | 5.27 |
| 10/10/07 | Disbursements | 80 Postage | 283337 | Chk #136631 | j1009432, DOC: 523 Fund Inmate, Inv. Date: 10/09/2007 | -.58 | 4.69 |
| 10/24/07 | Mail Room | 04 Intake and Transfers In | 297237 | 30396 | Vandalia C.C. | 5.25 | 9.94 |
| 10/30/07 | Mail Room | 01 MO/Checks (Not Held) | 3032164 | 249040 | Cathey, Mary | 20.00 | 29.94 |
| 10/31/07 | Payroll | 20 Payroll Adjustment | 3041148 | | sept adj | 21.60 | 51.54 |
| 11/07/07 | Disbursements | 90 Medical Co-Pay | 311390 | Chk #137035 | C1106003, DOC: 523 Fund Inmate, Inv. Date: 11/06/2007 | -2.00 | 49.54 |
| 11/09/07 | Point of Sale | 60 Commissary | 3137142 | 512745 | Commissary | -48.64 | .90 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 14.06 | 14.96 |
| 11/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3242129 | 455579821 | Young, Yolanda | 30.00 | 44.96 |
| 11/29/07 | Disbursements | 80 Postage | 333390 | Chk #137412 | g1128295, DOC: 523 Fund Inmate, Inv. Date: 11/28/2007 | -.58 | 44.38 |
| 12/04/07 | Disbursements | 80 Postage | 338390 | Chk #137461 | g1204346, DOC: 523 Fund Inmate, Inv. Date: 12/04/2007 | -.41 | 43.97 |
| 12/04/07 | AP Correction | 80 Postage | 338590 | Chk #137461 Voided | g1204346 - DOC: 523 Fund Inmat | .41 | 44.38 |
| 12/04/07 | Disbursements | 80 Postage | 338390 | Chk #137465 | g1204346, DOC: 523 Fund Inmate, Inv. Date: 12/04/2007 | -.41 | 43.97 |
| 12/07/07 | Point of Sale | 60 Commissary | 3417137 | 516384 | Commissary | -43.85 | .12 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 16.55 | 16.67 |
| 12/14/07 | Mail Room | 01 MO/Checks (Not Held) | 3482164 | P1067199 | Cathey, Mary | 20.00 | 36.67 |
| 12/20/07 | Point of Sale | 60 Commissary | 3547142 | 519051 | Commissary | -33.56 | 3.11 |
| 01/08/08 | Disbursements | 80 Postage | 008390 | Chk #138042 | C0107145, DOC: 523 Fund Inmate, Inv. Date: 01/07/2008 | -.41 | 2.70 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 14.40 | 17.10 |
| 01/11/08 | Disbursements | 80 Postage | 011390 | Chk #138101 | g0110046, DOC: 523 Fund Inmate, Inv. Date: 01/10/2008 | -.58 | 16.52 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | 16.52 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 16.52 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |