## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 572 | **DATE** | March 3, 2008 |
| **CASE TITLE** | KC C. Cathy (N-53079) v. Rodger E. Walker, Jr., et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file *in forma pauperis* [3] is granted. The Court orders the trust fund officer at Plaintiff's current place of incarceration to deduct $5.00 from Plaintiff's account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the trust fund officer at Stateville Correctional Center. The Court appoints Edmond Jason Tremblay, Arnstein & Lehr LLP, 120 S. Riverside Plaza, Suite 1200, Chicago, IL 60606 (312-876-7100), to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.11(g) and 83.37. The case is set for a status hearing on 3/24/08 at 9:30 a.m. In anticipation of an amended complaint, the Court is deferring entry of an order directing service of summons. At the status hearing, the Court will set a date for filing an amended complaint.

■ [For further details see text below.]                                                                                    Docketing to mail notices.

### STATEMENT

   Plaintiff KC C. Cathy is granted leave to file *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $5.00. The trust fund officer at Plaintiff's current place of incarceration is ordered to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer at the correctional facility where Plaintiff is confined is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il. 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action.
   Plaintiff alleges that he cut his right ring finger from a razor-sharp edge inside of a plate located inside an ice machine. Stateville Correctional Center has failed to comply with the doctor's orders at the University of Chicago and St. Joseph/Provena. He has not received any follow-up physical therapy and does not have regular use of his finger or proper range of motion. Because of the serious nature of these allegations, the Court appoints Edmond Jason Tremblay, Arnstein & Lehr LLP, 120 S. Riverside Plaza, Suite 1200, Chicago, IL 60606 (312-876-7100), to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.11(g) and 83.37.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|