FILED
MARCH 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00572   Document 6   Filed 03/03/2008   Page 1 of 10

RECEIVED
1-25-2008
JAN 25 2008

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**K.C. C. Cathy - #N53079**
Plaintiff

08CV572
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

vs.

Roger E. Walker Jr. Dir., IDOC
Terry L. McCann, Warden, Stateville C.C. (C.E.O.)
Mr. Tanner, Mgr/Food Supervisor, Stateville C.C.
Dr. Parth Ghosh, MD / HCU - Stateville C.C.
Defendant(s) (Wexford Medical)
Mfg. / Mannitowac (Ice Machine)
U.S.A. Corp.

**COMPLAINT**

[X]  42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ]  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ]  Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, **K.C. C. Cathy**, and states as follows:

My current address is: P.O. Box 112 (D3-D), Joliet, IL. 60434

---

The defendant **Roger E. Walker Jr.** is employed as **Director of Illinois Dept. of Corrections** at **1301 Concordia Ct. Springfield, IL. 62794-9277**

The defendant **Terry L. McCann**, is employed as **Warden of Stateville C.C. (Chief Execu. Officer)** at **P.O. Box 112 (Admin. Blg)**

The defendant **Mr. Tanner**, is employed as **Mgr./Food Supervisor @ Stateville C.C.** at **P.O. Box 112 (Admin. Blg)**

The defendant **Dr. Parth Ghosh, MD** (c/o Wexford Medical) is employed as **Physician/Gen. Pract. Stateville C.C./HCU** at **P.O. Box 112 (Admin. Blg).**

(revised 9/96)

The defendant **Mfg./Mannitowac**, is employed as **Vender/Mfg. of ice Machine** at **Stateville/MSU-Dietary-Kitchen P.O. Box 112, Joliet, IL 60434**

Additional defendants and addresses _____

— Not applicable —

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe   **Not applicable**

B. Have you brought any other lawsuits in state or federal court while incarcerated?   Yes ☐   No ☒

C. If your answer to B is yes, how many? **N/A**   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

   Plaintiff(s)   **N/A**

   Defendant(s)   **N/A**

   **N/A**

   2. Court (if federal court, give name of district; if state court, give name of county)

   **N/A**

   3. Docket Number/Judge   **N/A**

2

4. Basic claim made _____N/A_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing of lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐
If your answer is no, explain why not _____N/A_____

C. Is the grievance process completed?   Yes ☒   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence _Dietary Dept./Kitchen - Stateville - MSU_

Date of the occurrence _October 8, 2007_

Witnesses to the occurrence _Food Supervisor Kessler (2nd shift)_

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

(As stated in grievance) On October 8, 2007, this inmate was on his work detail (Dietary II/cook), getting ice for the grill (meal prep.) from the ice machine, using a (small) brown scooper/bucket to remove from the ice machine (Mfg. Mannitowac, U.S.A.). While in the process of scooping out ice, I felt a sharp pain, as I received a cut on my right ring finger from a razor-sharp edge (inside of) a plate located inside of the ice machine. (located in rear of kitchen area). The deep gash, caused tremendous blood loss.

F/S Kessler, who was in the area, ran over observed my injury, and radioed for a "Medical tech/Nurse response". (R.N. Ms. Fry) Upon (her) arrival she did a primary assessment of my finger, and radioed to her superiors, that I needed —

4

Immediate "emergency room" treatment; to an (outside) hospital. I was escorted on foot by F/S Kessler, and RN: Ms. Fry to NRC/HCU, where by wound was tied off with a gauze; to stop bleeding & a bag of ice applied. I was then transported behind the wall to Stateville/HCU, for 2 hrs; awaiting authorization for clearance for transport to St. Joseph/Provena, Medical Center, 333 North Madison St., Joliet, Il. 60435-8233, where I was given a patient assess., treated; receiving sutures to Mend the deep cut to his right ring finger.

    The ER/doctor released this inmate, upon return to Stateville, put under 23 hr. observation, then returned to MSU. Along, with delayed care, it took 10 days to receive Meds. (pain & antibiotics).

    I still do not have regular use of finger, nor proper range of Motion. Stateville, has failed to comply with the doctor's orders @ Univ. of Chgo. & St. Joseph/Provena, Joliet, Il. 60436. No follow-up; physical therapy, or attempt to address formation knot, where injury occurred.

5

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

To be restored back to my original state (before accident). And to receive compensatory damages in the amount of: $45,000 (Forty-five thousand dollars), $5,000 punitive damages (Five thousand dollars) for relief of pain and suffering, and emotional distress caused by inadequate medical treatment and the neglect to follow the specified follow-up aftercare of specialist at Univ. of Chgo. Medical Dept., Chgo IL. This injury could result in a permanent disability to provide for family.

**JURY DEMAND**  Yes ☒  No ☐

Signed this  13TH  day of  JANUARY , KC 2008

_____ #N-53079
*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| K.C. CATHY | IDOC NUMBER - N-53079 |
| Address: STATEVILLE / M.S.U.-FARM P.O. Box 112 (D30) Joliet IL, 60434 | Telephone Number: * WIFE (YALANDA CATHEY) (773) 276-5956 (CONTACT PERSON) |

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

### Grievance Officer's Report

Date Received: December 21, 2007    Date of Review: December 21, 2007    Grievance # (optional): 1648

ID#: N53079

Committed Person: K.C. Kathy

Nature of Grievance: Medical Tx

Facts Reviewed: Grievant alleges cutting his hand on the ice machine while working his assignment. He states he did get treatment but not the follow up he feels is necessary.

Counselor Response: Inmate was seen by HCU on 10-25-07 for follow up on his hand. Medical stated an MRI will be scheduled ASAP.

This Grievance Officer reviewed grievance and finds it appears the issue has been resolved. This officer advises if it has not been, the grievant should send a letter to C. Vance HCU Administrator.

Recommendation: Grievance resolved

Tammy Garcia
Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 12-26-07    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

W. McCann    12-26-07
Chief Administrative Officer's Signature    Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature    ID#    Date

Distribution: Master File; Committed Person    Page 1    DOC 0047 (Eff. 10/2001)
Printed on Recycled Paper    (Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Correctional Center
## Return of Grievance or Correspondence

Offender: **Cathy Balle** _Last Name_ **KC** _First Name_ _MI_ **N53079** _ID#_

Facility: **STA**

☑ Grievance (Local Grievance # (if applicable): _____) or ☐ Correspondence

Received: **11/4/07** _Date_ Regarding: **medical**

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☑ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).
- ☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL. 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on ___/___/___ _Date_
- ☐ No justification provided for additional consideration.

**Other (specify):** _____

Completed by: **Melody J. Ford** _Print Name_ Signature: _Melody J. Ford_ Date: **11/8/07**

DOC 0070 (10/2001)
(Replaces DC 710-1274)

Distribution: Offender; Inmate Issues

## ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

Date: 10/18/07
Committed Person (Please Print): K.C. CATHY
ID#: N-53079
Present Facility: M.S.U. (Stateville)
Facility where grievance issue occurred: Stateville (M.S.U.)

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___ Date of Report    Facility where issued:

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On October 8, 2007, this inmate was on his work detail (Dietary 2 - Cook), getting ice for the grill, from the ice machine. A bucket that was on top of the ice machine, was used to scoop out ice from the machine (note: replaced by metal ice scooper/attached to side of machine). While in the process of scooping out ice, I received a cut on my right ring finger from a razor-sharp edge from a plate located inside of the ice machine (located in rear of kitchen area). The deep gash, immediately gushed blood. I immediately called for the food supervisor.

**Relief Requested:** Follow-up exams, MRI and X-Ray scans, for possible nerve or tendon damage. Evaluation for long-term damage to finger caused by work-related accident.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

K.C. Cathy     N-53079    10/18/07
Committed Person's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 10/22/07
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Inmate was seen by HCU on 10/25/07 for follow-up of his cut. Medical stated will get an MRI scheduled ASAP.

R. Glenn     R. Glenn     10/30/07
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED NOV 6 2007 INMATE ISSUES OFFICE

Chief Administrative Officer's Signature    Date

**COMMITTED PERSON'S GRIEVANCE** (Continued)

supervisor Kessler (%), who ran over, observed my injury, and called on his radio was a "Med tech" (Ms. Fry) Upon her arrival, she examined my finger, then called for permission for emergency transport to an outside hospital.

I was sent behind the wall (Admin Bg.) for 2 hrs, until I received clearance by the Warden and the Doctor on call. I was then transported by 2-%'s to St. Joseph/Provena - Trauma Ctr. located on Madison & Glenwood Ave. Joliet IL. I was assessed by the ER/Dr and Triage Nurses. The ER doctor, gave 4 sutures to mend the deep cut to my right ring finger (right hand).

The ER doctor, then released me, where I was transported back to Stateville's HCU - for 23 hr - observation at the HCU/Stateville - side, then returned to MSU side.

My finger is still in extreme pain and my finger has limited range of motion.

This incident occurred: 10/8/07 (Oct. 8/07) It was 10 days, to the date of 10/18/07 (Oct. 18, 07) until I was given the recommended antibiotic and pain pills for my injury.

I still do not have near the regular range of motion, I originally had.

Also, I still have the 4 sutures in my finger, that are non-dissolving, that should have been removed.

I strongly believe that I have not received adequate medical care, nor proper follow-up care for my injury.

Unless I get adequate treatment or follow-up care, I fear I will not gain my normal range of motion, and normal use of my finger. <END> ** Relief sought: To be financially restored back to my original state (before accident) And, to be compensated for emotional distress, pain and suffering due to inadequate medical treatment, inadequate follow-up/aftercare; which I believe could result in a permanent impairment of my finger, and the inability to provide gainful employment, for my wife, and family of four children (ages: 4yrs, 11yrs, 13yrs & 15yrs) upon my release & return back to society. (MSR: 5/8/08)