# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 572 | **DATE** | March 5, 2008 |
| **CASE TITLE** | KC C. Cathy (N-53079) v. Rodger E. Walker, Jr., et al. | | |

**DOCKET ENTRY TEXT:**

The Court has been informed that Mr. Tremblay, who was appointed to represent Plaintiff in the order of 3/3/08, was appointed previously on another case. The Court accordingly withdraws the appointment of Mr. Tremblay and appoints Chris Lind, Bartlit Beck Herman Palenchar & Scott, 54 W. Hubbard, Suite 300, Chicago, IL 60610 (312-494-4406), to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.11(g) and 83.37. The case is set for a status hearing on 3/24/08 at 9:30 a.m. In anticipation of an amended complaint, the Court is deferring entry of an order directing service of summons. At the status hearing, the Court will set a date for filing an amended complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|