## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 572 | **DATE** | 3/24/2008 |
| **CASE TITLE** | Cathy vs. Walker | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/26/2008 at 9:30 AM.   Plaintiff's oral motion for leave to file amended complaint, adding new defendant if necessary, with summons to issue,  is granted.  Amended complaint is to be filed  5/30/2008.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|