UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| K.C. CATHEY, No. N53079 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARTHASARATHI GHOSH, M.D. and his )<br>UNNAMED SUBORDINATES; WEXFORD )<br>HEALTH SOURCES, INC.; WARDEN )<br>TERRY L. MCCANN; FOOD SERVICE )<br>SUPERVISOR TANNER; THE MANITOWOC )<br>COMPANY, INC.; and MANITOWOC ICE, INC. )<br>)<br>Defendants. ) | No. 08 CV 572<br><br>Judge Kennelly<br>Magistrate Judge Denlow |

**AFFIDAVIT OF COUNSEL FOR MR. CATHEY**

I, Brian O'Donoghue, counsel for Mr. Cathey, swear as follows:

1. I am counsel for Mr. K.C. Cathey in this case. I have been a member in good standing of the Illinois State Bar since, March 17, 2005 ARDC Identification Number: 6283657.

2. At this time, neither Mr. Cathey or his counsel can provide a written report of a medical professional per 735 ILCS 5/2-622 (the "Statute").

3. On March 24, 2008, the Court ordered that an "[a]mended complaint is to be filed 5/30/2008."

4. Due to Mr. Cathey's incarceration and the prison's failure to provide Mr. Cathey's medical records, Counsel was unable to obtain a consultation required under paragraph (a)1 of the Statute before May 30, 2008 — the date Counsel was obligated to file a this amended complaint pursuant to the Court's March 24, 2008 order.

5. Counsel submits this declaration to excuse the temporary delay in obtaining a written report by a medical professional. *Cf.* 735 ILCS 5/2-622(a)(2) (excusing temporary

absence of written report of medical professional where complaint must be filed to avoid statute of limitations).

6. Counsel intends to obtain a written report of a medical professional in support of Mr. Cathey's claims as soon as practicable.

7. On April 9, 2008, counsel in person filed a request to Stateville Correctional Center ("Stateville") for examination and copying of Mr. Cathey's medical records in accordance with 735 ILCS 5/8-2001. This was also the first day that counsel was able to obtain Mr. Cathey's authorization for the release of such records. Despite subsequent phone calls to prison officials, Stateville has failed to produce such records as of May 29, 2008. This information is important for any medical professional to evaluate Mr. Cathey's injury and care. While the Statute provides that failure to produce such records within 60 days of such a request temporarily delays the requirements for the affidavit required under the Statute, Counsel was required by the Court's March 24, 2008 Order to file a complaint before May 30, 2008 – 51 days after the request to Stateville was made. 735 ILCS 5/2-622(a)(3).

8. As required under the Statute, Counsel will file a written affidavit as required under the statute within 90 days of the latter of (i) receipt of the medical records or (ii) the filing of this complaint.

_____
Counsel for K.C. Cathey

Subscribed to and sworn before me
This 30 day of May 2008.

_____
Notary Public

OFFICIAL SEAL
KAREN AHO
Notary Public, State of Illinois
My Commission Expires 03/29/12