# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 572 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Cathy vs. Walker, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Federal Rule of Civil Procedure 4, the Court orders the United States Marshal to serve Requests for Waiver of Service on Terry L. McCann, Warden; Parthasarathi Ghosh, M.D. ; his Unnamed Subordinates; and Food Service Supervisor Tanner via the Stateville Correctional Center Prison Litigation Coordinator, Kathy Sandlin Clerk of Court is directed forward a copy of this order to the U. S. Marshal.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|