# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No: 08-CV-572

Case Name: K.C. CATHEY, NO. N53079 vs. PARTHASARATHI GHOSH, M.D. AND HIS SUBORDINATES; WEXFORD HEALTH SOURCES INC.; ET AL.

_Gregory Kowal_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **The Manitowoc Company, c/o CT Corporation System** at **8040 Excelsior Drive, Suite 200, Madison, WI 53717** resulting in:

✓ Corporate service to an officer or an authorized individual of the company executed on the _4_ day of _June_, 2008 at _11:40_ A.M.
Name: _Dawn Pederson_ Title: _Authorized to Accept_

___ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: F
Race: W
Age (approx.): 40
Notable Features/Notes:

Hair Color/Style: Brown
Height (approx.): 5'7"
Weight (approx.): 140

Signed and Sworn before me
This ___ day of June, 2008.

Notary Public [Seal: STATE OF WISCONSIN]

Served By: _[signature]_
Process Server
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

K.C. Cathey, No. N53079,
plaintiff,

CASE NUMBER: 08-cv-572

V.

ASSIGNED JUDGE: Matthew F. Kennelly

Parthasarathi Ghosh, M.D. and his subordinates; Wexford Health Sources Inc.; Warden Terry McCann; Food Service Supervisor Tanner; The Manitowoc Company, Inc.; and Manitowoc Ice, Inc., defendants.

DESIGNATED MAGISTRATE JUDGE: Morton Denlow

TO: (Name and address of Defendant)

The Manitowoc Company, Inc.
c/o C T Corporation System
8040 Excelsior Drive, Suite 200
Madison, WI 53717

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chris Lind, Esq.
Brian O'Donoghue, Esq.
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60610
312-494-4400

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Njdi bf rtX /!Epccjot -!Drfisl

*(signature)*

)Cz*!EFQVUZ!DMFSL

Kv of !3-!3119

Ebu

AO 440  (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                              Date                                                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the Affidavit of Special Process Server is being served this 12th day of June, 2008 upon counsel via the Case Management/Electronic Case Filing (CM/ECF) System of the U.S. District Court for the Northern District of Illinois pursuant to L.R. 5.9 and via first class mail:

        Illinois Dept. of Corrections
        100 West Randolph, Suite 4-200
        Chicago, IL 60601

        /s/ Brian O'Donoghue