UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

KC C Cathy, et al.
                        Plaintiff,

v.                                                   Case No.: 1:08−cv−00572
                                                    Honorable Matthew F. Kennelly

Rodger E. Walker Jr., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing set for 6/26/2008 is vacated and reset to 7/10/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Case 1:08-cv-00572   Document 18   Filed 06/17/2008   Page 1 of 1