Our File: 113-715                                          Atty No. 6229767

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| K.C. CATHEY, No. N53079 | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 572 |
| | ) | |
| v. | ) | Judge Kelley |
| | ) | Magistrate Judge Denlow |
| PARTHASARATHI GHOSH, M.D. and | ) | |
| his UNNAMED SUBORDINATES; | ) | |
| WEXFORD HEALTH SOURCES, INC.; | ) | |
| WARDEN TERRY L. MCCANN; FOOD | ) | |
| SERVICE SUPERVISOR TANNER; THE | ) | |
| MANITOWOC COMPANY, INC.; and | ) | |
| MANITOWOC ICE, INC. | ) | |
| | ) | |
| Defendants | ) | |

### ANSWER AND AFFIRMATIVE DEFENSE OF MANITOWOC FSG OPERATIONS, INC. TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Now into court comes defendant, MANITOWOC FSG OPERATIONS, INC., f/k/a MANITOWOC ICE, INC., but incorrectly sued as THE MANITOWOC COMPANY, INC. and for its Answer and Affirmative Defense to plaintiff's First Amended Complaint states:

1.      Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 1 of plaintiff's First Amended Complaint, but demands strict proof thereof.

2.      Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 2 of plaintiff's First Amended Complaint, but demands strict proof thereof.

3.      Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 3 of plaintiff's First Amended Complaint, but demands strict proof thereof.

4.      Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 4 of plaintiff's First Amended Complaint, but demands strict proof thereof.

5.      Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 5 of plaintiff's First Amended Complaint, but demands strict proof thereof.

6.      Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 6 of plaintiff's First Amended Complaint, but demands strict proof thereof.

7.      Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 1 of plaintiff's First Amended Complaint, but demands strict proof thereof.

8.      Defendant, MANITOWOC FSG OPERATIONS, INC. admits that it manufactured ice machines. MANITOWOC FSG OPERATIONS, INC. further admits tht it is an independent, but wholly owned subsidiary of THE MANITOWOC COMPANY INC.  Further stating, defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the remaining allegations contained in Paragaph 8 of plaintiff's First Amended Complaint, but demands strict proof thereof.

## JURISDICTION AND VENUE

9.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 9 of plaintiff's First Amended Complaint, but demands strict proof thereof.

10.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 10 of plaintiff's First Amended Complaint, but demands strict proof thereof.

11.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 11 of plaintiff's First Amended Complaint, but demands strict proof thereof.

## FACTUAL BACKGROUND

12.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 12 of plaintiff's First Amended Complaint, but demands strict proof thereof.

13.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 13 of plaintiff's First Amended Complaint, but demands strict proof thereof.

14.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 14 of plaintiff's First Amended Complaint, but demands strict proof thereof.

15.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 15 of plaintiff's First Amended Complaint, but demands strict proof thereof.

3

16.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 16 of plaintiff's First Amended Complaint, but demands strict proof thereof.

17.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 17 of plaintiff's First Amended Complaint, but demands strict proof thereof.

18.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 18 of plaintiff's First Amended Complaint, but demands strict proof thereof.

19.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 19 of plaintiff's First Amended Complaint, but demands strict proof thereof.

20.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 20 of plaintiff's First Amended Complaint, including the allegations contained in sub-paragraphs a through c, but demands strict proof thereof.

21.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 21 of plaintiff's First Amended Complaint, but demands strict proof thereof.

22.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 22 of plaintiff's First Amended Complaint, but demands strict proof thereof.

23.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 23 of plaintiff's First Amended Complaint, but demands strict proof thereof.

24.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 24 of plaintiff's First Amended Complaint, including the allegations contained in sub-paragraphs a through c, but demands strict proof thereof.

25.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 25 of plaintiff's First Amended Complaint, but demands strict proof thereof.

26.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 26 of plaintiff's First Amended Complaint, but demands strict proof thereof.

27.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 27 of plaintiff's First Amended Complaint, but demands strict proof thereof.

28.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 28 of plaintiff's First Amended Complaint.

29.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 29 of plaintiff's First Amended Complaint.

30.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 30 of plaintiff's First Amended Complaint.

## COUNT I

31.     Defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., re-alleges and re-states its answers to paragraphs 1 through 30 of plaintiff's First Amended Complaint.  Defendant, MANITOWOC FSG OPERATION, INC., understands the allegations set forth in Count I to be made against other parties and, as such, does not require a response from this defendant.  To the extent that a response is required, defendant, MANITOWOC FSG OPERATION, INC., denies the same.

32.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 32 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

33.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 33 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

34.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 34 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

35.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 35 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

36.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 36 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

37. Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 37 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

38. Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 38 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

39. Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 39 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

40. Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 40 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

41. Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 41 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

42. Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 42 of Count I of plaintiff's First Amended Complaint, but demands strict proof thereof.

WHEREFORE, defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., prays for entry of judgment in its favor and against plaintiff, K.C. CATHEY, plus costs.

## COUNT II

43.     Defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., re-alleges and re-states its responses to paragraphs 1 through 42 of plaintiff's First Amended Complaint.  Defendant, MANITOWOC FSG OPERATION, INC., understands the allegations set forth in Count I to be made against other parties and, as such, does not require a response from this defendant.  To the extent that a response is required, defendant, MANITOWOC FSG OPERATION, INC., denies the same.

44.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 44 of Count II of plaintiff's First Amended Complaint, but demands strict proof thereof.

45.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 45 of Count II of plaintiff's First Amended Complaint, but demands strict proof thereof.

46.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 46 of Count II of plaintiff's First Amended Complaint, but demands strict proof thereof.

47.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 47 of Count II of plaintiff's First Amended Complaint, but demands strict proof thereof.

48.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 48 of Count II of plaintiff's First Amended Complaint, but demands strict proof thereof.

WHEREFORE, defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., prays for entry of judgment in its favor and against plaintiff, K.C. CATHEY, plus costs.

## COUNT III

49.     Defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., re-alleges and re-states its answers to paragraphs 1 through 48 of plaintiff's First Amended Complaint.  Defendant, MANITOWOC FSG OPERATION, INC., understands the allegations set forth in Count I to be made against other parties and, as such, does not require a response from this defendant.  To the extent that a response is required, defendant, MANITOWOC FSG OPERATION, INC., denies the same.

50.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 50 of Count III of plaintiff's First Amended Complaint, but demands strict proof thereof.

51.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 51 of Count III of plaintiff's First Amended Complaint, but demands strict proof thereof.

52.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 52 of Count III of plaintiff's First Amended Complaint, but demands strict proof thereof.

53.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 53 of Count III of plaintiff's

First Amended Complaint, including the allegations contained in subparagraphs a through d, but demands strict proof thereof.

54.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 54 of Count III of plaintiff's First Amended Complaint, but demands strict proof thereof.

55.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 55 of Count III of plaintiff's First Amended Complaint, but demands strict proof thereof.

WHEREFORE, defendant, MANITOWOC FSG OPERATIONS, INIC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., prays for entry of judgment in its favor and against plaintiff, K.C. CATHEY, plus costs.

## COUNT IV

56.    Defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., re-alleges and re-states its answers to paragraphs 1 through 55 of plaintiff's First Amended Complaint.  Defendant, MANITOWOC FSG OPERATION, INC., understands the allegations set forth in Count I to be made against other parties and, as such, does not require a response from this defendant.  To the extent that a response is required, defendant, MANITOWOC FSG OPERATION, INC., denies the same.

57.    Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 57 of Count IV of plaintiff's First Amended Complaint, but demands strict proof thereof.

58.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 58 of Count IV of plaintiff's First Amended Complaint, but demands strict proof thereof.

59.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 59 of Count IV of plaintiff's First Amended Complaint, but demands strict proof thereof.

60.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 60 of Count IV of plaintiff's First Amended Complaint, but demands strict proof thereof.

61.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 61 of Count IV of plaintiff's First Amended Complaint, but demands strict proof thereof.

62.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 62 of Count IV of plaintiff's First Amended Complaint, but demands strict proof thereof.

63.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 63 of Count IV of plaintiff's First Amended Complaint, including sup-paragraphs a through d, but demands strict proof thereof.

64.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 64 of Count IV of plaintiff's First Amended Complaint, but demands strict proof thereof.

11

65.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 65 of Count IV of plaintiff's First Amended Complaint, but demands strict proof thereof.

WHEREFORE, defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., prays for entry of judgment in its favor and against plaintiff, K.C. CATHEY, plus costs.

## COUNT V

66.     Defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., re-alleges and re-states its answers to paragraphs 1 through 65 of plaintiff's First Amended Complaint.  Defendant, MANITOWOC FSG OPERATION, INC., understands the allegations set forth in Count I to be made against other parties and, as such, does not require a response from this defendant.  To the extent that a response is required, defendant, MANITOWOC FSG OPERATION, INC., denies the same.

67.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 67 of Count V of plaintiff's First Amended Complaint, but demands strict proof thereof.

68.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 68 of Count V of plaintiff's First Amended Complaint, but demands strict proof thereof.

WHEREFORE, defendant, MANITOWOC FSG OPERTIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC., and MANITOWOC ICE, INC., prays for entry of judgment in its favor and against plaintiff, K.C. CATHEY, plus costs.

## COUNT VI

69.     Defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., re-alleges and re-states its answers to paragraphs 1 through 68 of plaintiff's First Amended Complaint. Defendant, MANITOWOC FSG OPERATION, INC., understands the allegations set forth in Count I to be made against other parties and, as such, does not require a response from this defendant.  To the extent that a response is required, defendant, MANITOWOC FSG OPERATION, INC., denies the same.

70.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 70 of Count VI of plaintiff's First Amended Complaint, but demands strict proof thereof.

71.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 71 of Count VI of plaintiff's First Amended Complaint, but demands strict proof thereof.

72.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 72 of Count VI of plaintiff's First Amended Complaint, but demands strict proof thereof.

73.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 73 of Count VI of plaintiff's First Amended Complaint, but demands strict proof thereof.

WHEREFORE, defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., prays for entry of judgment in its favor and against plaintiff, K.C. CATHEY, plus costs.

13

## COUNT VII

74.     Defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., re-alleges and re-states its answers to paragraphs 1 through 73 of plaintiff's First Amended Complaint.

75.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 75 of Count VII of plaintiff's First Amended Complaint, but demands strict proof thereof.     Defendant, MANITOWOC FSG OPERATIONS, INC., affirmatively alleges that it had no prior notice of the alleged incident and has not at the time of answering this First Amended Complaint had an opportunity to inspect the subject ice machine.

76.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 76 of Count VII of plaintiff's First Amended Complaint.

77.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 77 of Count VII of plaintiff's First Amended Complaint.

78.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 78 of Count VII of plaintiff's First Amended Complaint.

79.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 79 of Count VII of plaintiff's First Amended Complaint, but demands strict proof thereof.

WHEREFORE, defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., prays for entry of judgment in its favor and against plaintiff, K.C. CATHEY, plus costs.

## COUNT VIII

80.     Defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., re-alleges and re-states its answers to paragraphs 1 through 79 of plaintiff's First Amended Complaint.

81.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 81 of Count VIII of plaintiff's First Amended Complaint, but demands strict proof thereof. Defendant, MANITOWOC FSG OPERATIONS, INC., affirmatively alleges that it had no prior notice of the alleged incident and has not at the time of answering this First Amended Complaint had an opportunity to inspect the subject ice machine.

82.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 82 of Count VIII of plaintiff's First Amended Complaint.

83.     Defendant, MANITOWOC FSG OPERATIONS, INC., has insufficient information to admit or deny the allegations contained in Paragraph 83 of Count VIII of plaintiff's First Amended Complaint, but demands strict proof thereof.

84.     Defendant, MANITOWOC FSG OPERATIONS, INC., admits the allegations contained in Paragraph 84 of Count VIII of plaintiff's First Amended Complaint.

85.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 85 of Count VIII of plaintiff's First Amended Complaint.

86.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 86 of Count VIII of plaintiff's First Amended Complaint.

87.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 87 of Count VIII of plaintiff's First Amended Complaint.

88.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 88 of Count VIII of plaintiff's First Amended Complaint.

89.     Defendant, MANITOWOC FSG OPERATIONS, INC., denies the allegations contained in Paragraph 89 of Count VIII of plaintiff's First Amended Complaint.

WHEREFORE, defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., prays for entry of judgment in its favor and against plaintiff, K.C. CATHEY, plus costs.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff was guilty of negligence which proximately caused his alleged injuries.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff knowingly and voluntarily assumed the risk of injury, thereby proximately causing his alleged injuries.

WHEREFORE, defendant, MANITOWOC FSG OPERATIONS, INC., incorrectly sued as THE MANITOWOC COMPANY, INC. and MANITOWOC ICE, INC., prays for entry of judgment in its favor and against plaintiff, K.C. CATHEY, plus costs; alternatively, defendant prays that any judgment entered in favor of plaintiff be reduced in proportion to his relative degree of fault.

_/s/ Jon A. Malartsik_____
*Attorney for Manitowoc FSG*
*Operations, Inc.*

PAULSEN, MALEC & MALARTSIK
1761 S. Naperville Road
Suite 202
Wheaton, Illinois 60189
630/871-1414

16