# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No: 08-CV-572

Case Name: K.C. CATHEY, NO. N53079 vs. PARTHASARATHI GHOSH, M.D. AND HIS SUBORDINATES; WEXFORD HEALTH SOURCES INC.; ET AL.

_Brenda Washburn_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **Wexford Health Sources Inc.** at **381 Mansfield Avenue, Pittsburgh, PA 15220** resulting in:

**X** Corporate service to an officer or an authorized individual of the company executed on the 5th day of June, 2008 at 4:25 P.M.

Name: Teddi Smith    Title: Office Manager

___ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: Female
Race: White
Age (approx.) 50-55
Hair Color/Style: Brown/Short
Height (approx.): 5 foot
Weight (approx.): 150

Notable Features/Notes: ___

Signed and Sworn to before me
This 9th day of June, 2008.

_Scott E. MacFarland_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Scott E. MacFarland, Notary Public
Ross Twp., Allegheny County
My Commission Expires Nov. 9, 2009
Member, Pennsylvania Association of Notaries

Served By:

_Brenda Washburn_
Process Server
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.