**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| K.C. CATHEY, | ) | |
| | ) | |
| Plaintiff, | ) | No.08-C-572 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | Magistrate Judge Denlow |
| PARTHASARATHI GHOSH, M.D. et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT WEXFORD HEALTH SOURCES, INC.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, WEXFORD HEALTH SOURCES, INC., by its attorneys, CHARYSH & SCHROEDER, LTD., for its motion for an extension of time to respond to plaintiff's complaint, states as follows:

1. On July 2, 2008, a purported return of service was filed in this matter indicating service was had upon this defendant by serving an office manager at defendant's office.

2. Defendant's Risk Manager is unaware of the manner or date of service.

3. Defendant requests an enlargement of time to respond to plaintiff's complaint of 14 days in order properly respond to the complaint.

4. This motion is not made to delay or for any other improper purpose. The plaintiff will not be prejudiced by the granting of this motion as not all defendant have yet been served, but this defendant will be greatly prejudiced if this motion is denied.

WHEREFORE, defendant, WEXFORD HEALTH SOURCES INC., respectfully requests this Honorable Court enter an order, granting an extension of time to respond to

the plaintiff's complaint and grant such other further relief as the court deems just and proper.

                 CHARYSH & SCHROEDER, LTD.

                 /s/Richard A. Tjepkema

CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois  60602
(312) 372-8338
Michael J. Charysh, ARDC #6187455
Richard A. Tjepkema, ARDC ## 6217445

**PROOF OF SERVICE BY ELECTRONIC FILING AND U.S. MAIL**

The undersigned attorney certifies that on July 7, 2008, this notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses indicated above; this notice, and the documents referred to therein have also been served on all parties not electronically served by causing a copy of the same to be placed in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois on or before 5:00 p.m. on July 7, 2008, with proper postage prepaid.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Richard A. Tjepkema