IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MACK BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 3448 |
| | ) | |
| ROGER E. WALKER, JR., et al., | ) | Judge George W. Lindberg |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

On July 10, 2008, 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead, in the courtroom usually occupied by in Courtroom 2103 at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Motion for Extension of Time.

**Name:** CHARYSH & SCHROEDER, LTD.     **Attorney for:** Defendant Wexford
**Address:** 33 North Dearborn, 1300         **City:** Chicago
**Telephone:** (312) 372-8338                **Atty:** 18314

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he served a copy of the foregoing documents on all attorneys of record via electronic notification to EFC participants, and by U.S. Mail to non-EFC participants at their respective addresses by depositing copies of same with proper postage prepaid in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on July 7, 2008.

By: s/ Richard A. Tjepkema
Attorney for Defendants