UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

KC C Cathy, et al.
                      Plaintiff,

v.                                        Case No.: 1:08−cv−00572
                                                     Honorable Matthew F. Kennelly

Rodger E. Walker Jr., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Motion for extension of time to answer [24] is granted. 26(a)(1) disclosures are due 7/31/2008. Status hearing held on 7/10/2008 and continued to 8/12/2008 at 09:00 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.