IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| K.C. CATHEY, | ) | |
| Plaintiff, | ) ) ) | No.08-C-572 |
| v. | ) ) ) | Judge Kennelly Magistrate Judge Denlow |
| PARTHASARATHI GHOSH, M.D. et al. | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT PARTHASARATHI GHOSH, M.D'S MOTION TO CORRECT DOCKET ENTRY REGARDING THE TIME RESPONSE TO COMPLAINT IS DUE**

Defendant, PARTHASARATHI GHOSH, M.D, by his attorneys, CHARYSH & SCHROEDER, LTD., for his Motion to Correct Docket Entry, states as follows:

1. On June 11, 2008, the United States Marshal sent to defendant a request for waiver of service of summons

2. On June 30, 2008, this waiver was signed by defendant.

3. Pursuant to Rule 4(d)(3) defendant has 60 days from the date the request for waiver is sent to answer plaintiff's complaint.

4. The docket entry for the filing of the waiver incorrectly indicates a summons was served upon defendant on June 30, 2008, and a response to the complaint being due July 21, 2008. The correct response due date should be August 29, 2008.

WHEREFORE, defendant, PARTHASARATHI GHOSH, M.D, respectfully requests this Honorable Court enter an order correcting the docket to reflect that his response to plaintiff's complaint is due August 29, 2008, and grant such other further relief as the court deems just and proper.

CHARYSH & SCHROEDER, LTD.


/s/Richard A. Tjepkema


CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois  60602
(312) 372-8338
Michael J. Charysh, ARDC #6187455
Richard A. Tjepkema, ARDC ## 6217445

CHARYSH & SCHROEDER, LTD.

/s/Richard A. Tjepkema

CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois  60602
(312) 372-8338
Michael J. Charysh, ARDC #6187455
Richard A. Tjepkema, ARDC ## 6217445

**PROOF OF SERVICE BY ELECTRONIC FILING AND U.S. MAIL**

The undersigned attorney certifies that on July 21, 2008, this notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses indicated above; this notice, and the documents referred to therein have also been served on all parties not electronically served by causing a copy of the same to be placed in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois on or before 5:00 p.m. on July 21, 2008, with proper postage prepaid.

    s/ Richard A. Tjepkema