## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 572 | **DATE** | 7/28/2008 |
| **CASE TITLE** | K.C. Cathey vs. Parthasarathi Ghosh, M.D., et al. | | |

**DOCKET ENTRY TEXT**

Defendant Ghosh's motion to correct docket entry is unnecessary but is nonetheless granted.

| | Courtroom Deputy Initials: | DS |
|---|---|---|