UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KC CATHEY, No. N53079 | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 572 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | Magistrate Judge Denlow |
| PARTHASARATHI GHOSH, M.D.; | ) | |
| WEXFORD MEDICAL SOURCES, INC.; | ) | |
| FOOD SERVICE SUPERVISOR KESSLER; | ) | |
| MANITOWOC COMPANY, INC.; and | ) | |
| MANITOWOC ICE, INC. | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF K.C. CATHEY'S
INITIAL DISCLOSURES PURSUANT TO RULE 26**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Mr. Cathey makes the following initial disclosures. These disclosures are based on information reasonably available to Mr. Cathey at this time, and are subject to supplementation and/or amendment if different or additional information becomes available.

**I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MR. CATHEY MAY USE TO SUPPORT HIS CLAIMS.**

The individuals that appear below are the best identification available to Mr. Cathey without further discovery. This information is the result of a reasonably diligent investigation, and may be supplemented and/or amended to the extent additional information is uncovered during discovery. This list does not include any experts who may testify in the course of this litigation, as expert disclosures are subject to a separate deadline.

| Individual | Relation to Case | Contact |
| --- | --- | --- |
| Correctional Officer Bacston | Witness to Mr. Cathey's suffering and denial of medical care | Stateville Correctional Center<br>P.O. Box 112<br>Joliet, IL 60434<br>(815) 727-3607<br>Fax: (815) 727-3669<br>(Hereinafter "Stateville") |
| Owen Barmada | Treating healthcare professional at University of Illinois at Chicago | University of Illinois Medical Center, 833 South Wood Street<br>Chicago, IL 60612 |
| Medical Technician "Big Joe" | Treating Medical technician at Stateville Prison | Stateville |
| Correctional Officer Brown | Correctional officer witness to Mr. Cathey's suffering and denial of medical care | Stateville |
| K.C. Cathey | Plaintiff | May be contacted only through Mr. Cathey's counsel |
| Boonmee Chunprapaph, M.D. | Attending physician at University of Illinois at Chicago | University of Illinois Medical Center,<br>833 South Wood Street<br>Chicago, IL 60612 |
| Velma Cologne | Medical record administrator | Stateville |
| Melody Ford | Reviewed Mr. Cathey's grievance claim, Administrative Review Board Representative | Illinois Dept. of Corrections<br>1301 Concordia Court<br>PO BOX 19277<br>Springfield, IL, 62794-9277<br>Phone: 217-558-220 |
| Medical Technician Fry | Treating healthcare professional at prison | Stateville |
| Grievance Officer Garcia | Reviewed Mr. Cathey's grievance claim | Stateville |
| Parthasarathi Ghosh, M.D. | Defendant | Through Counsel |
| Unnamed Subordinates of Parthasarathi Ghosh, M.D. | Defendant | To be Determined (TBD) |

| Individual | Relation to Case | Contact |
|---|---|---|
| R. Glenn | Prison counselor to Mr. Cathey at time of injury, witness to suffering and denial of medical care | Stateville |
| Timothy Hall PA-C | Treating healthcare professional at St. Joseph's hospital | Provena-Saint Joseph Medical Center 333 North Madison Street Joliet, IL 60435 (Hereinafter "Provena-Saint Joseph") |
| Correctional Officer Holmes | Correctional officer witness to Mr. Cathey's suffering and denial of medical care | Stateville |
| Paul Humphrey | Treating physical therapist at Stateville | Stateville |
| Inmate Jackson | Witness to Mr. Cathey's injury, suffering, and denial of medical care | Stateville |
| Food Supervisor Kessler | Witness to Mr. Cathey's injury; Stateville kitchen supervisor | |
| Employees of Manitowoc FSG Operations, Inc. | Defendant | Through Counsel |
| Lieutenant Manning (a.k.a. "Bubba") | Witness to Mr. Cathey's suffering and denial of medical care | Stateville |
| Chief Administrative Officer McCall | Reviewed Mr. Cathey's grievance claim | Stateville |
| Terry L. McCann | Defendant | Through Counsel |
| Correctional Officer McLain | Witness to Mr. Cathey's suffering and denial of medical care | Stateville |
| Correctional Officer Miller | Witness subsequent to Mr. Cathey's injury | Stateville |
| Matthew Nitsche, MD | Treating physician at St. Joseph's hospital | Provena-Saint Joseph |
| Mr. Payton | Former inmate witness to Mr. Cathey's suffering and denial of medical care | Unknown |

| Individual | Relation to Case | Contact |
|---|---|---|
| "Rob" | Treating healthcare professional at St. Joseph's | Provena-Saint Joseph |
| Lloyd Saterfield | Current inmate witness to Mr. Cathey's suffering and denial of medical care | Stateville |
| Second Correctional Officer that transported Mr. Cathey to St. Joseph's Hospital | Witness subsequent to Mr. Cathey's injury | Stateville |
| Jennifer Sloan, RN | Treating healthcare professional at St. Joseph's hospital | Provena-Saint Joseph |
| Mr. Stokes | Former inmate witness to Mr. Cathey's suffering and denial of medical care | Unknown |
| Margaret Stull, M.D. | Attending radiologist at University of Illinois at Chicago | University of Illinois Medical Center 833 South Wood Street Chicago, IL 60612 |
| Quentin Tanner | Defendant | Through Counsel |
| Ms. Thomas | Stateville Kitchen Supervisor | Stateville |
| Dr. Tourk | Physician referred to by St. Joseph's medical staff | 2450 Glenwood Suite 101 Joliet, IL 60435 815-730-3304 |
| Lieutenant Vonn | Witness to Mr. Cathey's suffering and denial of medical care | Stateville |
| Mirko Vukelich | Treating healthcare professional at University of Illinois at Chicago | University of Illinois Medical Center 833 South Wood Street Chicago, IL 60612 |
| Roger E. Walker | Director, Administrative Review Board Office of Inmate Issues; Reviewed Mr. Cathey's Grievance Claims | Illinois Dept. of Corrections 1301 Concordia Court PO BOX 19277 Springfield, IL, 62794-9277 Phone: 217-558-220 |
| Sergeant War | Witness to Mr. Cathey's suffering and denial of medical care | Stateville |

| Individual | Relation to Case | Contact |
|---|---|---|
| Wexford Health Sources, Inc. | Defendant | Through Counsel |
| Kevin Winnington | Prison counselor to Mr. Cathey, witness to Mr. Cathey's suffering and denial of medical care | Stateville |
| Yalanda Young/Cathey | Mr. Cathey's wife | May be contacted only through Mr. Cathey's counsel |

In addition to the individuals identified above, other current or former inmates, staff, or administrators of Stateville Correctional Facility are likely to have information that Mr. Cathey may use to support his claims. There may also be yet unidentified doctors and healthcare professionals that are likely to have information that Mr. Cathey may use to support his claims.

**II. DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT MR. CATHEY HAS IN HIS POSSESSION, CUSTODY OR CONTROL AND MAY USE TO SUPPORT HIS CLAIMS.**

The documents that appear below are those documents that Mr. Cathey has in his possession, custody, and control as of the time of the drafting of this document. In addition, Mr. Cathey has requested relevant records from Stateville Correctional Center and will make such records available upon receipt and through the course of discovery. The following documents may be obtained through Mr. Cathey's counsel:

- Medical records of Mr. Cathey from Provena-St. Joseph Medical Center

- Medical records of Mr. Cathey from University of Illinois at Chicago, Medical Center

- Records created by Mr. Paul Humphrey, Mr. Cathey's physical therapist

- Prescription labels and related records

- Mr. Cathey's notes concerning the events at issue

- Multiple Stateville Correctional Center Notifications of Appointment to HCU dated from November 2007 through Mr. Cathey's release

- Memorandum of Illinois Department of Corrections: Special Needs Permit dated October 23, 2007
- Correspondence and materials related to Mr. Cathey's grievance claim
- Pleadings related to the present litigation

In establishing Defendants' liability, Mr. Cathey also expects to rely in part on documents that are within the possession, custody, and control of Defendants and third parties.

### III. DAMAGES CLAIMED BY MR. CATHEY.

Mr. Cathey is in the process of determining his damages. At this time, Mr. Cathey does not have a complete set of his medical records due to Stateville Correctional Center's failure to produce such records. This dearth of medical records continues despite repeated requests by Plaintiff's counsel to Stateville Correctional Center and repeated assurances by representatives of that entity that medical records would be provided. Without such records and a subsequent medical examination, Mr. Cathey cannot at this time offer a comprehensive or complete assessment of the extent of his injury and suffering.

Mr. Cathey's damages relate to, among other things, Mr. Cathey's disability, pain and suffering, lost earning capacity, and medical expenses due to his injury. Additional damages considerations will include, but are not limited to, his injury, great physical pain, emotional distress, mental anguish, and loss of life's pleasures. Mr. Cathey expects to disclose a specific damages analysis through the process of expert disclosures, which have a separate deadline under the agreed schedule.

**IV.     DOCUMENTS RELATING TO RELEVANT INSURANCE.**

Plaintiff has no such disclosure to make under Rule 26(a)(1)(D).

Dated:  July 31, 2008                                                      Respectfully Submitted,


                                                                                           */s/ Brian O'Donoghue*
                                                                                           *One of Plaintiff's Attorneys*

                                                                                           Chris Lind (ARDC No. 6225464)
                                                                                           Brian O'Donoghue (ARDC No. 6283857)
                                                                                           Katherine G. Minarik (ARDC No. 6291188)
                                                                                           BARTLIT BECK HERMAN
                                                                                               PALENCHAR & SCOTT LLP
                                                                                           54 W. Hubbard, Suite 300
                                                                                           Chicago, IL  60610
                                                                                           Telephone:  (312) 494-4400
                                                                                           Facsimile:  (312) 494-4440

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the Plaintiff K.C. Cathey's Initial Disclosures Pursuant To Rule 26 is being served this 31st day of July, 2008 upon counsel via the Case Management/Electronic Case Filing (CM/ECF) System of the U.S. District Court for the Northern District of Illinois pursuant to L.R. 5.9 and to non-ECF participants at their respective addresses by depositing copies of same with proper postage prepaid in the U.S. mail:

Michael J. Charysh, ARDC #6187455
Richard A. Tjepkema, ARDC ## 6217445
CHARYSH & SCHROEDER, LTD.
33 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
Tel. (312) 372-8338
Fax (312) 372-0222
*Counsel for Wexford Health Services, Inc. and*
*Parthasarathi Ghosh, M.D.*

Jon A. Malartsik
PAULSEN, MALEC & MALARTSIK
1761 S. Naperville Road
Suite 202
Wheaton, Illinois 60189
Tel. (630) 871-1414
Fax (630) 871-1755
*Counsel for Manitowoc FSG Operations, Inc.*

Austin E. Franklin, ARDC #6289504
Office of the Illinois Attorney General
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
Tel. (312) 814-3700
Fax (312) 814-3806
*Counsel for Terry McCann and Quentin Tanner*

/s/ Brian O'Donoghue