U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>KC C. Cathy (N-53079), plaintiff,<br>v.<br>Rodger E. Walker, Jr., et al., defendants. | Case Number: 08-cv-00572<br>Judge Matthew F. Kennelly |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KC C. Cathy, plaintiff

**FILED**

JUL 3 1 2008 TC
JUL 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Katherine G. Minarik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kat GM | |
| FIRM<br>Bartlit Beck Herman Palenchar & Scott LLP | |
| STREET ADDRESS<br>54 West Hubbard Street, Suite 300 | |
| CITY/STATE/ZIP<br>Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>IL-6291188 | TELEPHONE NUMBER<br>312-494-4400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |