IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| K.C. CATHEY, N-53079, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 0572 |
| | ) | |
| v. | ) | Honorable Matthew F. Kennelly |
| | ) | Judge Presiding |
| PARTHASARATHI GHOSH, M.D., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Jon P. Malartsik                                    Richard A. Tjepkema
     Paulsen, Malec & Malartsik, Ltd.                    Charysh & Schroeder, Ltd.
     1761 South Naperville Road, Suite 202               33 North Dearborn Street, Suite 1300
     Wheaton, Illinois 60189                             Chicago, Illinois 60602

     Brian P. O'Donoghue
     Bartlit, Beck, Herman, Palenchar & Scott, LLP
     54 West Hubbard Street, Suite 300
     Chicago, Illinois 60610

PLEASE TAKE NOTICE that on August 12, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Matthew F. Kennelly or whomever may be sitting in his stead in Room 2103, of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall present the attached **MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is hereby served upon you.

LISA MADIGAN
Attorney General of Illinois                By:    s/Austin E. Franklin
                                                   AUSTIN E. FRANKLIN
                                                   Assistant Attorney General
                                                   General Law Bureau
                                                   100 West Randolph Street, 13th Fl.
                                                   Chicago, Illinois 60601
                                                   (312) 814-3700

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on August 7, 2008.

                                                   s/Austin E. Franklin