IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| K.C. CATHEY, N-53079, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 0572 |
| | ) | |
| v. | ) | Honorable Matthew F. Kennelly |
| | ) | Judge Presiding |
| PARTHASARATHI GHOSH, M.D., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:    Jon P. Malartsik                                    Richard A. Tjepkema
          Paulsen, Malec & Malartsik, Ltd.              Charysh & Schroeder, Ltd.
          1761 South Naperville Road, Suite 202   33 North Dearborn Street, Suite 1300
          Wheaton, Illinois 60189                           Chicago, Illinois 60602

          Brian P. O'Donoghue
          Bartlit, Beck, Herman, Palenchar & Scott, LLP
          54 West Hubbard Street, Suite 300
          Chicago, Illinois 60610

      PLEASE TAKE NOTICE that on August 11, 2008, the attached **DEFENDANT TERRY L. McCANN'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** was filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.


LISA MADIGAN
Attorney General of Illinois                By:    s/Austin E. Franklin
                                                                     AUSTIN E. FRANKLIN
                                                                     Assistant Attorney General
                                                                     General Law Bureau
                                                                     100 West Randolph Street, 13th Fl.
                                                                     Chicago, Illinois 60601
                                                                     (312) 814-3700

### CERTIFICATE OF SERVICE

      The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on August 11, 2008.

                                                                                          s/Austin E. Franklin