# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 572 | **DATE** | 8/12/2008 |
| **CASE TITLE** | | Cathy vs. Walker | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held. Status hearing continued to 9/10/08 at 9:00 AM., with parties by telephone.  The Clerk is directed to terminate defendant Walker and to amend the caption and the title of the case to read Cathy v. Ghosh.

■[ For further details see text below.]                                      Docketing to mail notices.

00:05

## STATEMENT

Deadline for amending pleadings and adding parties is 1/16/2009.  Fact discovery ordered closed 2/27/09.  Rule 26(a)(2) disclosures are due by 3/27/09 for plaintiff and 4/30/09 for defendants.  Expert discovery ordered closed 5/29/09.

| | Courtroom Deputy Initials: | OR |
|---|---|---|