IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| K.C. CATHEY, N-53079, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 0572 |
| | ) | |
| v. | ) | Honorable Matthew F. Kennelly |
| | ) | Judge Presiding |
| PARTHASARATHI GHOSH, M.D., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Jon P. Malartsik                                  Richard A. Tjepkema
     Paulsen, Malec & Malartsik, Ltd.                  Charysh & Schroeder, Ltd.
     1761 South Naperville Road, Suite 202             33 North Dearborn Street, Suite 1300
     Wheaton, Illinois 60189                           Chicago, Illinois 60602

     Brian P. O'Donoghue
     Bartlit, Beck, Herman, Palenchar & Scott, LLP
     54 West Hubbard Street, Suite 300
     Chicago, Illinois 60610

   PLEASE TAKE NOTICE that on August 22, 2008, the attached **DEFENDANT QUENTIN TANNER'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** was filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.


LISA MADIGAN
Attorney General of Illinois                By:   s/Austin E. Franklin
                                                  AUSTIN E. FRANKLIN
                                                  Assistant Attorney General
                                                  General Law Bureau
                                                  100 West Randolph Street, 13th Fl.
                                                  Chicago, Illinois 60601
                                                  (312) 814-3700

## CERTIFICATE OF SERVICE

   The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on August 22, 2008.

                                                  s/Austin E. Franklin